# EXHIBIT A

**Christina Mallery**

**From:** Alfonso Robalin
**Sent:** Thursday, September 26, 2013 4:23 PM
**To:** Christina Mallery
**Subject:** Terminate all access...

Thanks

**From:** Maximiliano Lopez [mailto:maxl@teamarmando.com]
**Sent:** Thursday, September 26, 2013 3:47 PM
**To:** Andy Moon; Alfonso Robalin
**Subject:** Fwd: What an Amazing Ride

FYI

---------- Forwarded message ----------
From: **Keith Yackey**
Date: Thursday, September 26, 2013
Subject: What an Amazing Ride
To: maxl@teamarmando.com, Jake Thomas <jaket@teamarmando.com>, armandomontelongojr@hotmail.com
Cc: Jim <jimb@teamarmando.com>, "Mateos, Raul" <raulm@teamarmando.com>, "Perez, Mark" <MarkP@teamarmando.com>, joshb@teamarmando.com, Randon <randonl@teamarmando.com>, JP Micek <jp@teamarmando.com>, Paul <paulw@teamarmando.com>, "Woodward, Dave" <davew@teamarmando.com>, Steven Michael Ramirez <stevenr@teamarmando.com>, Jeff <jeffk@teamarmando.com>, Earl Cline <earlc@teamarmando.com>

Armando, Max and Team,

I wanted to let you know due to my increasingly busy schedule and the amount of personal business I am doing at this time I will no longer be handing any Master Mentor Students.

It has been an amazing ride developing, creating and fine tuning the Master Mentor Program over the last three years. But my time here has come to an end. I want to say thank you for the great opportunity and I have loved every minute of it.

I value all the friends that I have made through this program and I plan on staying friends with you guys forever.

I wish the best of luck to all of you guys as you have become like family to me.

Thanks,

Keith