# EXHIBIT D

# PRIVATE MONEY PRO, LLC

## Business Entity Information

| | | | |
|---|---|---|---|
| Status: | Active | File Date: | 1/18/2013 |
| Type: | Domestic Limited-Liability Company | Entity Number: | E0028462013-5 |
| Qualifying State: | NV | List of Officers Due: | 1/31/2016 |
| Managed By: | Managers | Expiration Date: | |
| NV Business ID: | NV20131036012 | Business License Exp: | 1/31/2016 |

## Additional Information

| | |
|---|---|
| Central Index Key: | |

## Registered Agent Information

| | | | |
|---|---|---|---|
| Name: | MICHAEL H. SINGER, ESQ, | Address 1: | 4475 S PECOS RD |
| Address 2: | | City: | LAS VEGAS |
| State: | NV | Zip Code: | 89121 |
| Phone: | | Fax: | |
| Mailing Address 1: | | Mailing Address 2: | |
| Mailing City: | | Mailing State: | NV |
| Mailing Zip Code: | | | |
| Agent Type: | Commercial Registered Agent | | |
| Status: | Active | | |

## Financial Information

| | | | |
|---|---|---|---|
| No Par Share Count: | 0 | Capital Amount: | $ 0 |

**No stock records found for this company**

## Officers

☐ Include Inactive Officers

**Manager - JESSICA MARQUEZ**

| | | | |
|---|---|---|---|
| Address 1: | 4475 S. PECOS RD. | Address 2: | |
| City: | LAS VEGAS | State: | NV |
| Zip Code: | 89121 | Country: | USA |
| Status: | Active | Email: | |

## Actions\Amendments

| | | | |
|---|---|---|---|
| Action Type: | Articles of Organization | | |
| Document Number: | 20130033590-16 | # of Pages: | 4 |
| File Date: | 1/18/2013 | Effective Date: | |
| (No notes for this action) | | | |
| Action Type: | Initial List | | |

| Document Number: | 20130033592-38 | # of Pages: | 1 |
| File Date: | 1/18/2013 | Effective Date: | |
| (No notes for this action) | | | |
| Action Type: | Annual List | | |
| Document Number: | 20140124470-15 | # of Pages: | 1 |
| File Date: | 2/20/2014 | Effective Date: | |
| (No notes for this action) | | | |
| Action Type: | Annual List | | |
| Document Number: | 20150036454-60 | # of Pages: | 1 |
| File Date: | 1/27/2015 | Effective Date: | |
| (No notes for this action) | | | |