# EXHIBIT E

# KEITHYACKEY

HOME   ABOUT   VIDEOS   TESTIMONIALS   BLOG   CONTACT

## Privacy Policy

### Who do we contact?

Private Money Pro, LLC only contacts individuals who specifically request that we do so or in the event that they have signed up to receive our free newsletters or have purchased one of our products. Q. What is the process like?

### What information do we collect?

Private Money Pro, LLC collects information in two categories:

**1. Personally Identifiable Information (PII)**

- Name and e-mail address - provided by you for registration to receive our free newsletters.
- Name, postal address, phone and credit card information - provided by you when purchasing our products.
- Demographic information - used to improve our marketing, products and services.

All such information is strictly protected and used only for delivering the content and products the user has signed up for or purchased, or for finding other men and women who may find our information valuable. This information is NEVER used for other purposes and is NEVER shared with 3rd parties for their own use.

There is a single exception to this. Say you were subscribed to some newsletter such as "Men's Report" and the editors ran a promotion of our site within it, and you followed over to our site, then subscribed to our newsletter, then at a later date you unsubscribed.

In that case, we have to provide back to "Men's Report" your email address, so they can exclude you from our future mailings. No other information other than email address is provided and that email address is used ONLY to suppress our future emails to you. This scenario accounts for less than .5% of our newsletter subscribers.

