# EXHIBIT F

# EXHIBIT F

