# EXHIBIT G

## About Keith Yackey

Keith is the founder of Private Money Pro and creator of the "Private Money Process," a step by step system to raising all the cash you could ever need for your real estate deals.

The devastating loss of his mother to cancer when she was only 56 years of age served as a wakeup call to Keith on the brevity of life and how it should be lived without regrets. With this in mind, he went from nothing to raising over 45 Million dollars in just 7 years. Keith is the preeminent expert when it comes to raising private money and is now one of the highest paid Real Estate Instructors/Coaches in the Country.

Keith's clients range from MLB Players to NFL studs, Highly Decorated War Heroes to Extreme Sports Icons, Reality TV stars to Actors, Singers, Models and Preachers alike.

Having spoken to multiple thousands of people on the biggest stages in the real estate world, his homespun and humorous way of conveying complex truths into simple language has earned him the reputation as the 'realest man in real estate'. Keith says it how it is and an incalculable number of people have him to thank for the tremendous results they have experienced by using his methods.

Whether you are a beginner looking to do your first deal, or an advanced investor looking to put together a portfolio of hundreds of properties, Keith has "been there and done that" and has created the most extensive, revealing, systematic, easy to follow system to raising money ever created. Join the host of others and use his illuminating teachings to achieve all your real estate dreams.

If you are simply looking for the How to Raise Private Money for real estate jackpot, this is it.

> Listening to Keith is very inspiring and his system is like a breath of fresh air packed with real world strategies and not just textbook theories. You can tell Keith is the real deal because he mentions his mistakes as much as his victories. You know a person walks the walk when they give you deep insight about the entire business- struggles and triumphs. I was overwhelmed by the feeling that he actually cares about my success; his heart comes through as genuine, not phony.
>
> - Live Event Attendee

